_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
October 01, 2015

ACE VAN PATTEN (SBN 11731)
avanpatten@aldridgepite.com
EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, NV 89101
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

**MAILING ADDRESS**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>ROBERT LAFAYETTE ,<br><br>Debtor(s). | Case No. 14-10235-btb<br><br>Chapter 7<br><br>ORDER DENYING DEBTOR'S MOTION TO REOPEN BK 7 CASE AND MOTION TO SANCTION WELLS FARGO HOME MORTGAGE |

A hearing on Debtor's Motion to Reopen BK 7 Case and Motion to Sanction Wells Fargo Home Mortgage came on regularly for hearing in the United States Bankruptcy Court before the Honorable Bruce T. Beesley, Ace C. Van Patten appearing on behalf of Creditor, and Debtor appearing on behalf of himself.

- 1 -

1  The court having duly considered the papers and pleadings on file herein and being fully
2 advised thereon and finding cause therefor:
3  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that for the reasons stated on
4 the record, the Debtor's Motion to Reopen BK 7 Case and Motion to Sanction Wells Fargo Home
5 Mortgage is **DENIED**.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ Approved. – Debtor (waived at hearing)

☐ Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐ Failed to respond. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: September 30, 2015        /s/ *Ace C. Van Patten*_____
                                Ace C. Van Patten
                                Attorneys for Creditor

- 3 -